# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS MONTANA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MATTHEW MARTIN BROCKIE,<br><br>Defendant. | Case No. CR 23-19-GF-BMM<br><br>*AMENDED*<br>ORDER STRIKING THE APPEARANCE OF THE FEDERAL DEFENDERS OF MONTANA |

Upon consideration of the Motion to Withdraw Based on Conflict of Interest and Motion for Substitution of Counsel submitted by Clark Mathews, and having previously determined that the Defendant is financially unable to obtain counsel;

IT IS HEREBY ORDERED that Clark Mathews, and the Federal Defenders of Montana, be removed as Counsel of record;

IT IS FURTHER HEREBY ORDERED that the appointing authority has authorized the Criminal Justice Act Panel attorney listed below to be appointed for all further proceedings from the *nunc pro tunc* date of June 8, 2023.

Name: Jessica Ann Polan-Wright
       Attorney at Law
Address: P.O. Box 1138
         Anaconda, MT 59711
Telephone: (406) 579-4891

1

IT IS FURTHER ORDERED that the appointment shall be retroactive to June 8, 2023.

DATED this 13th day of June, 2023.

John Johnston
United States Magistrate Judge